AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SHAWN C.

)
)
*Plaintiff*                                )
v.                                         )      Civil Action No.   1:26-cv-3009-EFS
FRANK BISIGNANO,                           )
Commissioner of Social Security            )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Court Order at ECF No 14, the ALJ's nondisability decision is REVERSED, and this matter is
REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. §
405(g). The parties' briefs, ECF Nos. 8 and 12, are TERMINATED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Edward F. Shea. _____

Date:   7/6/2026 _____                    *CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*